UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URIKA RAMSEUR,                          No. 06-14316

                Plaintiff,              District Judge Paul D. Borman

v.                                      Magistrate Judge R. Steven Whalen

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

                Defendants.
_____ /

## ORDER DENYING MOTION TO STAY AND
## MOTION TO REMOVE

Plaintiff has moved to stay eviction proceedings in state court [Docket #3], and to remove the state court action to this Court. However, for the reasons set forth in the Report and Recommendation recommending dismissal of the complaint, this Court does not have subject matter jurisdiction. Further, Exhibit F, attached to Defendants' Motion to Dismiss [Docket #9] indicates that judgment has already been entered in the state court case.

Accordingly, Plaintiff's motion to stay [Docket #3] is DENIED.

Plaintiff's motion to remove [Docket #4] is DENIED.

SO ORDERED.


S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  July 27, 2007


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or

-1-

parties of record by electronic means or U.S. Mail on July 27, 2007.

S/G.  Wilson
Judicial Assistant