**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

URIKA RAMSEUR,

       Plaintiff,

                                    Civil Case Number: 06-14316

v.

FEDERAL NATIONAL MORTGAGE        DIST. JUDGE PAUL D. BORMAN
ASSOCIATION, et al.,                         MAG. JUDGE R. STEVEN WHALEN

       Defendants.
_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF GRANTING DEFENDANTS' MOTION TO
DISMISS (DOCK. NO. 12)**

      Before the Court is the Magistrate Judge's July 27, 2007 Report and Recommendation in favor of granting Defendants Federal National Mortgage Association and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss. No objections were filed.[1] Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendants' Motion to Dismiss.

      **SO ORDERED.**

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: August 24, 2007

---

[1] Plaintiff never responded to Defendants' Motion to Dismiss even though ordered to do so by March 28, 2007. (*See* Dock. No. 10).

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 24, 2007.

                                                s/Denise Goodine
                                                Case Manager